# EXHIBIT LIST

# COMPLAINT

Case No: 2:14-cv-02631-JAR-TJJ                                    Plaintiff Exhibits

| No. | Description | I.D. |
|---|---|---|
| 1 | Academy Letter | Exhibit A [9 pages] |
| 2 | 2 Academy Letter | Exhibit B [1 page] |
| 3 | Court Transcript of Constructive Trust Motion Hearing in *US v. Ishmael Jones* | Exhibit C [22 pages] |
| 4 | Snowden Criminal Complaint | Exhibit D [1 page] |
| 5 | Prism Whistleblower Film URL | Exhibit E [1 page] |
| 6 | Indiewire Article 10-20-14 | Exhibit F [5 pages] |
| 7 | Business Insider Article 8-17-14 | Exhibit G [10 pages] |
| 8 | Kaplan Sins of Omission Article 10-16-14 | Exhibit H [3 pages] |
| 9 | Secrecy Agreement Plame Wilson Example | Exhibit I [3 pages] |