# LAMFERS & ASSOCIATES, L.C.
### Attorneys at Law

Jean Lamfers*

7003 Martindale Road
Shawnee, Kansas 66218
E-Mail jl@lamferslaw.com
www.lamferslaw.com

*Admitted in Missouri & Kansas

December 12, 2014

(913) 962-8200

Ms. Cheryl Boone Isaacs, President
Ms. Kate Amend
Mr. Rob Epstein
Mr. Alex Gibney
Documentary Branch Executive Committee
The Academy of Motion Picture Arts and Sciences
8949 Wilshire Boulevard
Beverly Hills, CA 90211

Sent via Email ONLY c/o
smiller@oscars.org
Please Forward to Recipients

Re: Additional Information for Consideration
Eligibility Determination Request, "Citizenfour" Documentary, 87th Academy Awards

Dear Ms. Isaacs, Ms. Amend, and Messrs. Epstein and Gibney:

In furtherance to my letter of December 9, 2014, I would like to provide additional information for your consideration. The Academy might find it helpful to view some historical context, in the public domain, relevant to the nontheatrical evolution of the film at the following URLs:

2012 https://web.archive.org/web/20120501000000*/http://www.praxisfilms.org/about/laura-poitras

2013 https://web.archive.org/web/20130415000000*/http://www.praxisfilms.org/about/laura-poitras

2014 https://web.archive.org/web/20140401000000*/http://www.praxisfilms.org/about/laura-poitras

Each URL takes you to a year and should show a snapshot of the web page and contents of the Website.

Thank you for your time and consideration of the eligibility determination request. I look forward to the Academy's response to me, in writing via email, by noon CST, Monday, December 15.

Sincerely,

s/ Jean Lamfers
Jean Lamfers
Lamfers & Associates, L.C.

JL/ms



EXHIBIT B

Mail: P.O. Box 860548, Shawnee, KS 66286-0548