## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

HORACE B. EDWARDS, et al.,      )
          )
       Plaintiffs,      )
          )
v.          )   Case No. 14-cv-02631-JAR-TJJ
          )
EDWARD JOSEPH SNOWDEN, et al.,  )
          )
       Defendants.     )

## MOTION TO FILE DVD EXHIBIT CONVENTIONALLY

Defendants Praxis Films, Inc., Laura Poitras, Participant Media, LLC, Diane Weyermann, Jeffrey Skoll, and The Weinstein Company LLC, respectfully ask the Court for leave to file a DVD of the film *Citizenfour* in this case, conventionally, as Exhibit 1 to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

Respectfully submitted,

LATHROP & GAGE, LLP


By:  /s/Bernard J. Rhodes
    Bernard J. Rhodes       KS #15716
    2345 Grand Blvd., Suite 2400
    Kansas City, MO  64108
    Tel:    (816) 292-2000
    Fax:    (816) 292-2001
    Email:  brhodes@lathropgage.com

    ATTORNEYS FOR DEFENDANTS
    PRAXIS FILMS, INC., LAURA POITRAS,
    PARTICIPANT MEDIA, LLC, DIANE
    WEYERMANN, JEFFREY SKOLL and
    THE WEINSTEIN COMPANY LLC

Of Counsel:

Marvin S. Putnam
(admitted *pro hac vice*)
Daniel D. Ambar
(admitted *pro hac vice*)
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
Tel:     (310) 246-8480
Fax:     (310) 246-6779
Email:   mputnam@omm.com
         dambar@omm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via the Court's ECF System this ___ day of February, 2015 on the following:

Jean Lamfers
Lamfers & Associates, L.C.
7003 Martindale
Shawnee, KS  66218

/s/Bernard J. Rhodes
An Attorney for Defendants Praxis Films, Inc., Laura Poitras, Participant Media, LLC, Diane Weyermann, Jeffrey Skoll, and the Weinstein Company