UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| HORACE B. EDWARDS, and<br>JOHN and JANE DOES 1-10,<br>                Plaintiffs,<br><br>v.<br><br>EDWARD JOSEPH SNOWDEN,<br>PRAXIS FILMS, INC., LAURA POITRAS,<br>PARTICIPANT MEDIA, LLC, DIANE<br>WEYERMANN, JEFFREY SKOLL,<br>THE WEINSTEIN COMPANY LLC a/k/a<br>RADIUS-TWC, HOME BOX OFFICE, INC.,<br>SHEILA NEVINS, IN HER CORPORATE<br>CAPACITY, THE ACADEMY OF MOTION<br>PICTURE ARTS AND SCIENCES,<br>JOHN and JANE DOES 1-10,<br><br>                Defendants. | Case No. 2:14-CV-02631-JAR-TJJ |

## MOTION TO FILE SECOND AMENDED COMPLAINT

1. Plaintiff HORACE B. EDWARDS hereby moves the Court to permit him to file a Second Amended Complaint against the following defendants, EDWARD JOSEPH SNOWDEN ("Snowden"), PRAXIS FILMS, INC. ("Praxis"), LAURA POITRAS ("Poitras"), PARTICIPANT MEDIA, LLC ("Participant"), DIANE WEYERMANN ("Weyermann"), JEFFREY SKOLL ("Skoll"), THE WEINSTEIN COMPANY LLC a/k/a RADIUS-TWC ("Weinstein"), HOME BOX OFFICE, INC. ("HBO"), SHEILA NEVINS ("Nevins"), THE ACADEMY OF MOTION PICTURE ARTS AND SCIENCES ("Academy"), and JOHN and JANE DOES ("Does").

1. Pursuant to Fed.R.Civ.P. 15(a)(2), Plaintiff seeks leave to file an amended complaint, the Second Amended Complaint, a copy of which is attached hereto.

2. The Complaint adds claims and parties that have become known through, among other things, research and evidence provided to plaintiff that demonstrate intentional wrongdoing

in the knowing, alleged unlawful acquisition by defendant Poitras and other defendants in their direct engagement with fugitive defendant Edward Snowden and solicitation of classified and secret information giving rise to claims under the Antiterrorism Act and other federal and state statutes, including an underlying fraud in the application for E&O insurance for the film *Citizenfour*.

3. It is well-established that leave to amend should be freely granted, especially under the circumstances here where defendants have (1) demonstrated that the amended facts, claims and added parties undermine or moot the purported defects relied upon by defendants for dismissal, and (2) aid this Court in reaching the proper result by providing newly available and corrective information, which address misleading or inaccurate statements and partial, self-serving citations to the applicable law and nature of the suit in defendants Fed.R.Civ.P. 12(b)(6) motion filed on February 11, 2015.  For example, defendants claim that this case is about unlawful information purportedly lawfully acquired.  However, the indisputable facts and expedited discovery depict that defendant Edward Snowden admitted intentionally purloined classified information through hacking, while in a position of trust under his secrecy agreements with various U.S. intelligence agencies, and that he did so with the intentional participation of defendant Poitras, while acting in concert with defendant Poitras

4. Hence, this is not a leak case in which a legitimate investigative reporter and others obtain and lawfully disclose information unlawfully obtained.

5. In the movie, evidence of an active fraud being perpetrated on the American people and its government, as well as on the Plaintiff, is unveiled in first person narrative by the filmmaker who is behind the camera but who is one of the individuals <u>admittedly having received the stolen secrets</u>.

WHEREFORE, plaintiff moves the Court grant the motion to file a Second Amended Complaint herein.

                    Respectfully submitted,

                    LAMFERS & ASSOCIATES, LC

                    By: /s/Jean Lamfers_____
                    Jean Lamfers      KS#12707
                    7003 Martindale Rd.
                    Shawnee, KS
                    Tel.   (913) 962-8200
                    Email: jl@lamferslaw.com

                    ATTORNEY FOR PLAINTIFF
                    HORACE EDWARDS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via the Court's ECF System this 14th day of February, 2015 on the following:

Bernard Rhodes
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2400
Kansas City, MO  64108

Marvin S. Putnam
Daniel D. Ambar
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA  90067

                    /s/Jean Lamfers_____
                    Attorney for Horace Edwards