# EXHIBIT LIST

## SECOND AMENDED COMPLAINT

Case No: 2:14-cv-02631-JAR-TJJ                                    Plaintiff Exhibits

| No. | Description | I.D. |
|---|---|---|
| 1 | Academy Letter | Ex. 1  13 pages |
| 2 | Business Insider | Ex. 2  10 pages |
| 3 | Certificate of Acknowledgement of Stewart A. Baker, Former General Counsel, National Security Agency | Ex. 3  24 pages |
| 4 | Executive Order 13526 Federal Register Classified National Security Information | Ex. 4  26 pages |
| 5 | Congressional Research Service  The Protection of Classified Information: The Legal Framework | Ex. 5  20 pages |
| 6 | James R. Clapper  Statement for the Record Worldwide Threat Assessment of the US Intelligence Community Senate Select Committee on Intelligence January 29, 2014 | Ex. 6   6 pages |
| 7 | Criminal Complaint Edward J. Snowden US Dist. Ct. Eastern Dist. of VA June 14, 2013 | Ex. 7   1 page |
| 8 | URL for "Prism Whistleblower" June 6, 2013 12:34 Runtime | Ex. 8    1 page |
| 9 | Indiewire Eric Kohn October 20, 2014 | Ex. 9   5 pages |
| 10 | Sins of Omission Fred Kaplan October 16, 2014 | Ex. 10  3 pages |
| 11 | Valerie Plame Wilson Secrecy Agreement | Ex. 11  3 pages |
| 12 | U.S. Cloud Firms Could Lose $35 B Due to Snowden Leak: Study August 9, 2013 | Ex. 12  3 pages |
| 13 | South China Morning Post June 13, 2013 Edwards Snowden: US Government has been Hacking Hong Kong and China for Years | Ex. 13  3 pages |
| 14 | US Dist. Ct. Eastern Dist. Of VA  US v. Ishmael Jones CV 10-765 | Ex. 14  22 pages |
| 15 | Affidavit of David B. Smallman | Ex. 15  10 pages |