# CERTIFICATE OF ACKNOWLEDGEMENT
# OF STEWART A. BAKER

**WITNESSETH:**

I, Stewart A. Baker, having been duly sworn do hereby attest under penalty of perjury and certify as follows:

1.     I submit this Certificate of Acknowledgement to certify the authenticity of the records attached hereto for purposes of the Federal Rules of Evidence 902(8).

2.     I am qualified to make this certification because I am the author of the Washington Post article, attached hereto as Exhibit 1, and I referenced in my article Exhibits 2 and 3, also attached.

3.     I am an attorney in private practice in Washington D.C. and my business address is: 1330 Connecticut Avenue, NW, Washington, DC 20036.

4.     My previous employment has included, *inter alia*, the following:

   - Assistant Secretary for Policy, Department of Homeland Security, 2005-2009

   - General Counsel, Commission on the Intelligence Capabilities of the United States Regarding Weapons of Mass Destruction, 2004-2005

   - General Counsel, National Security Agency, 1992-1994

5.     The attached records are:

   Exhibit 1--Stewart A. Baker, "As evidence mounts, it's getting harder to defend Edward Snowden," The Washington Post, August 3, 2014 <http://www.washingtonpost.com/news/volokh-conspiracy/wp/2014/08/03/as-evidence-mounts-its-getting-harder-to-defend-edward-snowden/>

**EXHIBIT**

**3**

Exhibit 2--"How Al-Qaeda Uses Encryption Post-Snowden (Part 1), Posted by C on May 8, 2014 in Geopolitical Intelligence <https://www.recordedfuture.com/al-qaeda-encryption-technology-part-1/>

Exhibit 3--"How Al-Qaeda Uses Encryption Post-Snowden (Part 2)-New Analysis in Collaboration with ReversingLabs," Posted by C on August 1, 2014 in Geopolitical Intelligence <https://www.recordedfuture.com/al-qaeda-encryption-technology-part-2/>

6.     Each record attached hereto is a true and accurate duplicate of the original record with the following exceptions:  Exhibit 1—Depending upon the platform or program used for viewing and printing, the WashingtonPost.com article varies from the desktop online version replicated in the Exhibit attached in that advertisements, layout and hyperlinks differ.  In addition, the hyperlink to the "persuasive timeline" is printed as a separate page herein because it appears in an online version of WashingtonPost.com, but will not print as a pdf; therefore, it appears in slightly truncated form with the enlargement included herein.  The full version, not truncated, of the "persuasive timeline" can be found at the online version, cited above, on the first page of Exhibit 1.

7.     The other exception is the title of Exhibit 3--"How Al-Qaeda Uses Encryption Post-Snowden (Part 2)-New Analysis in Collaboration with ReversingLabs." The copy submitted herewith contains a shortened version of the title of the online article, the URL of which is cited above.

Further Acknowledger sayeth naught.

STATE OF District of Columbia

COUNTY OF _____ )   ss.

I am the Acknowledger named herein.  I have read the above and foregoing Certificate of Acknowledgement of Stewart A. Baker, am familiar with the contents

thereof, and all the certifications made therein are true and correct.

STEWART A. BAKER

Signed and sworn to before me on _Januay 29_____, 2015 by Stewart A. Baker.

(Notary Seal, if any)

_____     My appointment expires: _July 31, 2019_
Notary Public

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 29th day of _January_____, 2015
_____
          Myra F. Burke, Notary Public, D.C.
My commission expires July 31, 2019.

As evidence mounts, it's getting harder to defend Edward Snowden – The Washington Post                                       1/28/15, 3:33 PM

**The Volokh Conspiracy**

# As evidence mounts, it's getting harder to defend Edward Snowden

**By Stewart Baker**  August 3, 2014

The evidence is mounting that Edward Snowden and his journalist allies have helped al Qaeda improve their security against NSA surveillance. In May, Recorded Future, a ~~predictive analytics~~ web intelligence firm, published a persuasive timeline showing that Snowden's revelations about NSA's capabilities were followed quickly by a burst of new, robust encryption tools from al-Qaeda and its affiliates:

This is hardly a surprise for those who live in the real world. But it was an affront to Snowden's defenders, who've long insisted that journalists handled the NSA leaks so responsibly that no one can identify any damage that they have caused.

In damage control mode, Snowden's defenders first responded to the Recorded Future analysis by pooh-poohing the terrorists' push for new encryption tools. Bruce Schneier declared that the change might actually hurt al Qaeda: "I think this will help US intelligence efforts. Cryptography is hard, and the odds that a home-brew encryption product is better than a well-studied open-source tool is slight."

Schneier is usually smarter than this. In fact, the product al Qaeda had been



al-qaeda-encryption-developments-timeline.png (PNG Image, 1500 × 838 pixels) - Scaled (68%)   https://www.recordedfuture.com/assets/al-qaeda-encryption-developments-timeline.pn



Islamist forum Al-Ekhlas announced the release of the next upgraded version of the "Mujahideen Secrets 2.0" software."

GIMF Announces Release of New "Mujahideen Secrets" Software."

Inspire Mag worries that "the enemy" has created a knock-off Asrar program to monitor jihadi correspondence, advises users to perform an authenticity check

The [GIMF] Asrar al-Dardashah plugin is small in size and installs in seconds for use with the program Pidgin for instant messaging1

GIMF Launched program called Tashfeer al-Jawwal, or Mobile Encryption, and GIMF described it as the "first Islamic encryption software for mobiles""

Launch announcement for Asrar al-Ghurabaa on Shabakat Al-Iraq Wal-Sham, a jihadi forum associated with ISIS

new encryption program call Amn Al-Mujahid ("The Mujia Security") was released on to jihadi forums."

[GIMF] We warn all the brothers using the new encryption program called "Asrar al-Ghurabaa" ... source is not trusted.

Jan 1 2007    Jan 2009    Jan 2010    Jan 2011    Jan 2012    May 6 2014    Jan 2014

recommending until the leaks, Mujahidin Secrets, probably did qualify as "home-brew encryption." Indeed, Bruce Schneier dissed Mujahidin Secrets in 2008 on precisely that ground, saying "No one has explained why a terrorist would use this instead of PGP."

But as a second Recorded Future post showed, the products that replaced Mujahidin Secrets relied heavily on open-source and proven encryption software. Indeed, one of them uses Schneier's own, well-tested encryption algorithm, Twofish.

Faced with facts that contradicted his original defense of Snowden, Schneier was quick to offer a new reason why Snowden's leaks and al Qaeda's response to them still wouldn't make any difference:

> Whatever the reason, Schneier says, al-Qaida's new encryption program won't necessarily keep communications secret, and the only way to ensure that nothing gets picked up is to not send anything electronically. Osama bin Laden understood that. That's why he ended up resorting to couriers. Upgrading encryption software might mask communications for al-Qaida temporarily, but probably not for long, Schneier said...."It is relatively easy to find vulnerabilities in software," he added. "This is why cybercriminals do so well stealing our credit cards. And it is also going to be why intelligence agencies are going to be able to break whatever software these al-Qaida operatives are using."

So, if you were starting to think that Snowden and his band of journalist allies might actually be helping the terrorists, there's no need to worry, according to Schneier, because all encryption software is so bad that NSA will still be able to break the terrorists' communications and protect us. Oddly, though, that's not what he says when

he isn't on the front lines with the Snowden Defense Corps. In a 2013 Guardian article entitled "NSA surveillance: A guide to staying secure," for example, he offers very different advice, quoting Snowden:

> "Encryption works. Properly implemented strong crypto systems are one of the few things that you can rely on."

Scheier acknowledges that hacking of communication endpoints can defeat even good encryption, but he's got an answer for that, too:

> Try to use public-domain encryption that has to be compatible with other implementations. ...Since I started working with Snowden's documents, I have been using GPG, Silent Circle, Tails, OTR, TrueCrypt, BleachBit, and a few other things I'm not going to write about.... The NSA has turned the fabric of the internet into a vast surveillance platform, but they are not magical. They're limited by the same economic realities as the rest of us, and our best defense is to make surveillance of us as expensive as possible. Trust the math. Encryption is your friend. Use it well, and do your best to ensure that nothing can compromise it. That's how you can remain secure even in the face of the NSA.

It sounds as though al Qaeda took Bruce Schneier's advice to heart, thanks to leaks from Edward Snowden — even if Schneier is still doing everything he can to avoid admitting it.

UPDATE: The description of Recorded Future was changed at the request of the company, which said, "While this may seem like splitting hairs, in the world of data analysis software "predictive analytics" has specific technical meaning which implies

something different. We use the term web intelligence to reduce this confusion."

## Get the newsletter

Sign up for daily updates from
the Volokh Conspiracy.



Recorded Future
CREATING AN INSIGHTFUL WORLD
(https://www.recordedfuture.com)

Products (https://www.recordedfuture.com/products/)

Services (https://www.recordedfuture.com/services/)

Community (https://www.recordedfuture.com/community/)

About (https://www.recordedfuture.com/about/)   Blog (https://www.recordedfuture.com/blog/)

Contact (https://www.recordedfuture.com/contact/)

Login (https://www.recordedfuture.com/live/login/)

# How Al-Qaeda Uses Encryption Post-Snowden (Part 1)

Posted by C on May 8, 2014 in Geopolitical Intelligence
(https://www.recordedfuture.com/category/analysis/geopolitical/)





TRENDING CYBER VULNERABILITIES DELIVERED TO YOUR INBOX DAILY

SIGN UP

(http://go.recordedfuture.com/cs/c/?
&cta_guid=49fb5194-0e1d-41bc-a25d-
a060183c6ade&placement_guid=a3a005bc-e49a-
43b1-a927-
bb514f176b59&portal_id=252628&redirect_url=G4
qaeda-encryption-technology-part-
1%2F&canon=https%3A%2F%2Fwww.recordedfut
qaeda-encryption-technology-part-1%2F)

*We recently released Part 2 (https://www.recordedfuture.com/al-qaeda-encryption-technology-part-2/)
of this analysis. You can find it here (https://www.recordedfuture.com/al-qaeda-encryption-technology-
part-2/).

**Recent Blog Posts**

Exploring IP Ranges With Rec...
By C on January 27, 2015

(https://www.recordedfuture.com/ip-
range-
search/)

#JeSuisCharlie Movement Lev...
By Rodrigo on January 22, 2015

(https://www.recordedfuture.com/darkcomet-
malware-

## Analysis Summary



EXHIBIT 3.

EXHIBIT 2

Since 2007, Al-Qaeda's use of encryption technology has been based on the Mujahideen Secrets platform which has developed to include support for mobile, instant messaging, and Macs.

Following the June 2013 Edward Snowden leaks we observe an increased pace of innovation, specifically new competing jihadist platforms and three (3) major new encryption tools from three (3) different organizations – GIMF, Al-Fajr Technical Committee, and ISIS – within a three to five-month time frame of the leaks.

Al-Qaeda (AQ) has been using encryption technology (http://www.memri.org/report/en/0/0/0/0/0/0/0/7950.htm) in various forms for a long time. The original Mujahideen Secrets is the most common one, but recently we've seen multiple new encryption products as well as adaptations to new platforms like mobile, instant messaging, and Mac.

The nature of these new crypto products indicates strategy to overlay stronger and broader encryption on Western (mainly US) consumer communication services. We do not find evidence of abandonment of US-based consumer communication services. Likely risks are still greater to hide outside the consumer crowd, and non-US-based services may be exposed to even stronger lawful intercept.

In this analysis using web intelligence (i.e. OSINT (https://www.recordedfuture.com/open-source-intelligence/)), we will explore AQ use of encryption and platforms – as well as explore product developments following former NSA contractor Edward Snowden's disclosures.

## Timeline of AQ Crypto Developments 2007 to Now

The Recorded Future timeline below lays out key developments from 2007 until now.

- The original Mujahideen Secrets (Asrar al-Mujahideen) encryption software launched in 2007, primarily for use with email. Asrar has had multiple releases over time and is distributed by the Global Islamic Media Front.
- Asrar al-Dardashah, released by GIMF in February 2013, which is an encryption plugin for instant messaging based on the Pidgin platform – which connects to major US-based platforms.
- Tashfeer al-Jawwal is a mobile encryption program, again from GIMF, released in September 2013, based on Symbian and Android.
- Asrar al-Ghurabaa is yet another alternative encryption program, however importantly, released in November 2013 by Islamic State Of Iraq And Al-Sham (ISIS), which coincides with ISIS breaking off from main AQ after a power struggle.
- Amn al-Mujahid is an alternative encryption program released in December 2013. In this case from Al-Fajr Technical Committee (FTC) which is also a mainstream AQ outfit.

*Below: The blue line in the middle of 2013 shows the approximate cut-off pre-/post-Snowden disclosures.*

analysis/)



Lizard Squad: Two Bot Thugs (...
By RFSID on January 19, 2015

(https://www.recordedfuture.com/lizard-squad-analysis/)



Improved Recorded Future Tra...
By Matt on January 13, 2015

(https://www.recordedfuture.com/maltego-integration-update/)



Cyber Security in 2015: Tom D...
By Greg on January 7, 2015

(https://www.recordedfuture.com/optimistic-cyber-security/)

Search our blog...

SUBSCRIBE TO OUR BLOG

Join over 14,000 intelligence analysts and security professionals who receive free Recorded Future content as soon as it's published.

 GET EMAIL UPDATES

(http://bit.ly/1pV4fIS)



(http://feeds.feedblitz.com/recordedfuture)



(https://twitter.com/RecordedFuture)



(https://www.facebook.com/RecordedFuture)



(https://www.linkedin.com/company/recorded-future)



(http://www.youtube.com/user/RecordedFuture)

(https://plus.google.com/+recordedfuture)



(https://www.recordedfuture.com/assets/al-qaeda-encryption-developments-timeline.png)

CLICK IMAGE FOR LARGER VIEW

## Impact of Edward Snowden Disclosures

Let's go back to the question of impact regarding the Edward Snowden disclosures. Did his massive release of secret documents lead to a change in communication behavior of terrorists, and maybe others?



(https://www.recordedfuture.com/assets/snowden-disclosure-impact-timeline.png)

CLICK IMAGE FOR LARGER VIEW

This analysis is only looking at a very small sliver of this, but the timeline above tells a compelling story showing how four to five months after the Snowden disclosures both mainstream AQ, as well as the break-off group ISIS, launches three new encryption tools.

For additional analysis on this subject, be sure to read the research (http://www.memri.org/report/en/0/0/0/0/0/0/7950.htm) completed by the Middle East Media Research Institute (MEMRI).

*We recently released Part 2 (https://www.recordedfuture.com/al-qaeda-encryption-technology-part-2/) of this analysis. You can find it here (https://www.recordedfuture.com/al-qaeda-encryption-technology-part-2/).*



(http://go.recordedfuture.com/cs/c/?&cta_guid=319b73dc-5d4b-4a28-9a22-
951b4d3f1a24&placement_guid=34d9008b-bbf0-4c3f-9f9c-
d335f0fc86b5&portal_id=252628&redirect_url=yKQurEe6FXV50gO2dqwXGmgd6RMftLse43%2B2etY9WtAnNVvqRranVnbPmEqTJKxYlPOQmbcAe9BTBlwv4RR9
qaeda-encryption-technology-part-1%2F&canon=https%3A%2F%2Fwww.recordedfuture.com%2Fal-
qaeda-encryption-technology-part-1%2F)

## Related Articles









Understanding Moroccan
Politics With Open Source
Intelligence
(https://www.recordedfuture.co/mhttp://wwwrecordedfuture.comn/morocco-polytanics/mea/
politics/)

Will Egypt's Presidential
Election Bring More
Unrest?
presidential-election/)

Transnistria: The Next
Crimea?
(https://www.recordedfuture.com/transnistria/

Al-Qaeda and Snowden:
Correlation, Causation,
and Inception: Analysis
(https://www.recordedfutu
qaeda-encryption-
technology-reaction/)

# See Recorded Future's threat intelligence in action.

RECENT BLOG POSTS
(HTTPS://WWW.RECORDEDFUTURE.COM/BLOG/)

Exploring IP Ranges With Recorded Future: Are
the 'APT1 Ranges' Cleaned Up?
(https://www.recordedfuture.com/ip-range-
search/)

#JeSuisCharlie Movement Leveraged to Distribute
DarkComet Malware
(https://www.recordedfuture.com/darkcomet-
malware-analysis/)

Lizard Squad: Two Bot Thugs
(https://www.recordedfuture.com/lizard-squad-
analysis/)

Improved Recorded Future Transforms for

@RECORDEDFUTURE
(HTTP://WWW.TWITTER.COM/RECORDEDFUTURE/)

Our upcoming webinar with @r3ssn8
(http://twitter.com/r3ssn8) will explain which
#threatintel (http://twitter.com/search?
q=%23threatintel) goals your #infosec
(http://twitter.com/search?q=%23infosec) team
should set: http://t.co/aB6ltLFb3U
(http://t.co/aB6ltLFb3U)

ATM Security: Improving Threat Intelligence
http://t.co/OqrAdTaHw7
(http://t.co/OqrAdTaHw7) by @BnkInfoSecurity
(http://twitter.com/BnkInfoSecurity) #ThreatIntel
(http://twitter.com/search?q=%23ThreatIntel)

Exploring IP Ranges With Recorded Future

RECENT PRESS
(HTTPS://WWW.RECORDEDFUTURE.COM/PRESS/)

An Optimistic Lens on Cyber Security
(http://blogs.wsj.com/cio/2015/01/07/an-
optimistic-lens-on-cybersecurity/)

Network Defenders Have About a Week to Patch
Flaw, Study Finds
(http://www.eweek.com/security/network-
defenders-have-a-about-a-week-to-patch-flaw-
study-finds.html)

Cyber Threats Ascribed to Russia Crafted to Hunt
Specific Data
(http://www.eweek.com/security/cyber-threats-
ascribed-to-russia-crafted-to-hunt-specific-
data.html)

Maltego Now Available
(https://www.recordedfuture.com/maltego-
integration-update/)

http://t.co/N4fag7kuj5 (http://t.co/N4fag7kuj5)
#OSINT (http://twitter.com/search?q=%23OSINT)
#InfoSec (http://twitter.com/search?
q=%23InfoSec)

Russian Cyber Espionage Under the Microscope
(http://www.darkreading.com/vulnerabilities—
threats/russian-cyber-espionage-under-the-
microscope/d/d-id/1317643?)

COMPANY

About (https://www.recordedfuture.com/about/) >

Contact
(https://www.recordedfuture.com/contact/) >

Press (https://www.recordedfuture.com/press/) >

Events
(https://www.recordedfuture.com/events/) >

Services
(https://www.recordedfuture.com/services/)

PRODUCTS

Cyber Threat Intelligence
(https://www.recordedfuture.com/cyber-threat-
intelligence/) >

Corporate Security
(https://www.recordedfuture.com/corporate-
security/) >

Competitive Intelligence
(https://www.recordedfuture.com/competitive-
intelligence/) >

Defense Intelligence
(https://www.recordedfuture.com/defense-
intelligence/) >

Web Intelligence Platform
(https://www.recordedfuture.com/web-
intelligence/) >

CUSTOMERS

Login
(https://www.recordedfuture.com/live/login/) >

Support Center
(http://support.recordedfuture.com/) >

Software Status
(http://status.recordedfuture.com/) >

Source Suggestion
(https://www.recordedfuture.com/source-
suggestion/) >

Developer Code
(https://code.google.com/p/recordedfuture/) >

Copyright © 2015 Recorded Future, Inc.

Privacy Policy (https://www.recordedfuture.com/privacy-policy/) | Terms of Use (https://www.recordedfuture.com/terms-of-use/) | API Terms of Use (https://www.recordedfuture.com/api-terms-of-use/)

Jobs (https://www.recordedfuture.com/jobs/)

**Recorded Future**
CREATING AN INSIGHTFUL WORLD
(https://www.recordedfuture.com)

Products (https://www.recordedfuture.com/products/)

Services (https://www.recordedfuture.com/services/)

Community (https://www.recordedfuture.com/community/)

About (https://www.recordedfuture.com/about/)   Blog (https://www.recordedfuture.com/blog/)

Contact (https://www.recordedfuture.com/contact/)

Login (https://www.recordedfuture.com/live/login/)

# How Al-Qaeda Uses Encryption Post-Snowden (Part 2)

Posted by **C** on August 1, 2014 in Geopolitical Intelligence
(https://www.recordedfuture.com/category/analysis/geopolitical/)





FREE
TRENDING
CYBER VULNERABILITIES
DELIVERED TO
YOUR INBOX DAILY

**SIGN UP**

(http://go.recordedfuture.com/cs/c/?
&cta_guid=49fb5194-0e1d-41bc-a25d-
a060183c6ade&placement_guid=a3a005bc-e49a-
43bf-a927-
bb514f176b59&portal_id=25262&redirect_url=d9-
qaeda-encryption-technology-part-
2%2F&canon=https%3A%2F%2Fwww.recordedfu
qaeda-encryption-technology-part-2%2F)

### Recent Blog Posts

Exploring IP Ranges With Rec...
*By C on January 27, 2015*

(https://www.recordedfuture.com/ip-
range-
search/)

#JeSuisCharlie Movement Lev...
*By Rodrigo on January 22, 2015*

(https://www.recordedfuture.com/darkcomet-

## Analysis Summary

Al-Qaeda (AQ) encryption product releases have continued since our May 8, 2014 post on the subject, strengthening our earlier hypothesis about Snowden leaks influencing Al-Qaeda's crypto product innovation.



The main AQ media house – GIMF and Al-Fajr are not using home-brew crypto algorithms, as validated through a combination of open source and reverse engineering techniques.

There are rumors of AQ software being infested with backdoors. Our analysis of Mujahideen Secrets (Asrar al-Mujahideen) in open source and through ReversingLabs repository identifies signals of malware that peaked 18 months ago. Whereas this may have been a sign of real malware/backdoors, it is likely a result of either sudden peak of AV submissions, reputational signaling, or echo effects among anti-virus vendors.

Combining events and intentions from open source with software reverse engineering techniques, as demonstrated with ReversingLabs, is a powerful combination.

## Introduction

In May 2014 we published research on how Al-Qaeda had changed their use of encryption (https://www.recordedfuture.com/al-qaeda-encryption-technology-part-1/) after the Snowden leaks. This piece generated tremendous interest in publications like *The Wall Street Journal* (http://blogs.wsj.com/cio/2014/05/09/report-al-qaeda-tries-new-encryption-post-snowden-leaks/), *The Telegraph (http://www.telegraph.co.uk/news/uknews/defence/10833862/Our-enemies-are-stronger-because-of-Edward-Snowdens-treacherous-betrayal.html)*, *Politico (http://www.politico.com/magazine/story/2014/05/snowden-is-the-kind-of-guy-i-used-to-recruitin-russia-106648.html#.U84uXo1dV-w)*, *Ars Technica (http://arstechnica.com/security/2014/05/al-qaedas-new-homebrew-crypto-apps-may-make-us-intel-gathering-easier/)*, *Threatpost (http://threatpost.com/terror-groups-choice-of-homegrown-crypto-likely-aids-us-intelligence)*, and commentary from noted experts like Bruce Schneier (https://www.schneier.com/blog/archives/2014/05/new_al_qaeda_en_1.html). Additionally, our friend @th3j35t3r (https://twitter.com/th3j35t3r) wrote a great encapsulation piece (http://jesterscourt.cc/2014/05/10/the-snowden-effect-in-real-terms/) that added a bit of color. Also, we'd like to upfront acknowledge and correct our failure to reference the excellent work by MEMRI (http://www.memri.org/) on this subject.

The prior research focused on a single point: Following the June 2013 Edward Snowden leaks we observe an increased pace of innovation, specifically new competing jihadist platforms and three major new encryption tools from three (3) different organizations – GIMF, Al-Fajr Technical Committee, and ISIS – within a three to five-month time frame of the leaks.

We did not investigate the technical aspects of these software packages and we scoped our analysis to open sources available in Recorded Future. This time we turned to our friends at ReversingLabs (http://www.reversinglabs.com/) to provide additional context.

## New Product Releases Since Our Post



Al-Fajr, one of Al-Qaeda's media arms, released a new Android encryption application early June 2014 on their website (http://alfajrtaqni.net/), referring to how it follows the "latest technological advancements" and provides "4096 bit public key" encryption.

malware-analysis/)


Lizard Squad: Two Bot Thugs (...
By RFSID on January 19, 2015

(https://www.recordedfuture.com/lizard-squad-analysis/)


Improved Recorded Future Tra...
By Matt on January 13, 2015

(https://www.recordedfuture.com/maltego-integration-update/)


Cyber Security in 2015: Tom D...
By Greg on January 7, 2015

(https://www.recordedfuture.com/optimistic-cyber-security/)

Search our blog... 


SUBSCRIBE TO OUR BLOG

Join over 14,000 intelligence analysts and security professionals who receive free Recorded Future content as soon as it's published.

GET EMAIL UPDATES

(http://bit.ly/1pV4fIS)


(http://feeds.feedblitz.com/recordedfuture)

 (https://twitter.com/RecordedFuture)


(https://www.facebook.com/RecordedFuture)


(https://www.linkedin.com/company/recorded-future/)

(http://www.youtube.com/user/RecordedFuture)


(https://plus.google.com/+recordedfuture)



GIMF, another media arm of Al-Qaeda, also launched a new version of their Android software since our last post. Interestingly, between these two new product releases this continues the bet on mobile and Android as the preferred platform for these groups. The large availability and affordability of Android phones, especially in underdeveloped countries, is probably the reason for this.

This provides us with the following updated timeline of Al-Qaeda encryption product releases since 2007.



(https://www.recordedfuture.com/assets/al-qaeda-encryption-developments-timeline-updated.png)

CLICK IMAGE FOR LARGER VIEW

Let's go back to our question from the prior blog entry: Did the Snowden leak lead to a change in communication behavior of terrorists? We can now also update our visual from before.



(https://www.recordedfuture.com/assets/snowden-disclosure-impact-timeline-updated.png)

CLICK IMAGE FOR LARGER VIEW

Between (a) these new product releases and (b) GIMF's own statement on the Tashfeer al-Jawwal download page:

> Take your precautions, especially in the midst of the rapidly developing news about the cooperation of global companies with the international intelligence agencies, in the detection of data exchanged over smartphones.

It's pretty clear our earlier point that we're observing increased pace of innovation in encryption technology by Al-Qaeda post Snowden (https://www.recordedfuture.com/al-qaeda-encryption-technology-part-1/) stands true. And this innovation is based on best practice, off the shelf, algorithms.

## Analysis

As we dive further into changing nature of Al-Qaeda encryption software there are three questions we'll ask:

1. As Al-Qaeda has launched new software products and modules, are they using new crypto algorithms invented by themselves ("home-brew") or adopting new algorithms available in the public?
2. These products have been rumored to be infected with malware/backdoors of various sorts — inserted by governments and/or Al-Qaeda. Can we observe that?
3. Are these products used in the wild? An interesting proxy for this, tied to the prior point, is whether they are uploaded to malware detection engines, and we'll analyze that.

In pairing up with our friends at ReversingLabs, our main objective was to combine Recorded Future's open source analytic data with ReversingLabs repository of malware samples (the world's largest).

First, let's review the products in question.

## Summary Table of Products and Methods

| Product | Release Date | Organization | Key Feature | Execution Platform | Messaging Platform | Crypto Method | Delivery |
|---------|--------------|--------------|-------------|--------------------|--------------------|---------------|----------|
| Mujahideen Secrets (Asrar al-Mujahideen) | 2007 | GIMF (AQ main) | Encryption of messages or file exchange | Windows with recent instructions for Mac porting | Primarily email | Public/Private key, RSA based, 2048 bit | Windows app |
| Asrar al-Dardashah | February 6, 2013 | GIMF (AQ main) | Encryption of instant message traffic | Pidgin platform, Windows installer | Messaging (Pidgin): Yahoo, Google, AOL, etc. | Based on Mujahideen Secrets encryption | Pidgin plugin |
| Tashfeer al-Jawwal (Mobile Encryption Program) | September 4, 2013 | GIMF (AQ main) | Encryption of SMS traffic | Android/Symbian | SMS | Twofish, use SSL for transport | Android/Symbian apps |
| Asrar al-Churabaa | November 27, 2013 | ISIS (AQ adversary) | Pure text encryption | Website, accessible via Tor | Platform independent, just encrypts | "A special or unique encryption algorithm" | Website |
| Amn al-Mujahid | December 10, 2013 | Al-Fajr Technical Committee (FTC) | Text encryption | Windows OS | Email, SMS, instant messaging | AES/Twofish | Windows app |
| Amn al-Mujahid (Mobile) | June 7, 2014 | Al-Fajr Technical Committee (FTC) | Text encryption | Android | SMS | AES/Twofish | Android app |

(https://www.recordedfuture.com/assets/encryption-methods-table.png)

CLICK IMAGE FOR LARGER VIEW

## Tracking Technical Fingerprints

For analysis of the toolsets we'll start with hashes and other indicators.

| Product | Indicators | Logo | First VirusTool Date of Analysis |
|---|---|---|---|
| Mujahideen Secrets (Asrar al-Mujahideen) | Filename: Asrar_2.exe Hash: B9A1BF137AECBD36E234FA08BB4AC69B | | 2009-06-07 |
| Asrar al-Dardashah | Filename: asrar-al-dardashah-0.8.1.exe Hash: C6D1E17F296E78701E9AE250413AEF48 | | 2013-02-07 |
| Tashfeer al-Jawwal (Mobile Encryption Program) | Filename: TASHFIR_AL_JAWWAL.jar Hash: 4B16205F394805592FEC9D9E93FF76BF | | 2014-05-29 |
| Asrar al-Ghurabaa | Website: asrar006.com | Now defunct website | Website, no software to directly analyze |
| Amn al-Mujahid | Hash: b95062036cef340e6954cd0f06f78786 | | 2014-06-07 |
| Amn al-Mujahid (Mobile) | Hash: 79bobfc24593cf222cab392638d71ad9 | | 2014-06-07 |

(https://www.recordedfuture.com/assets/encryption-indicators-table.png)

CLICK IMAGE FOR LARGER VIEW

## Use of Off-the-Shelf vs. Home-Brew Crypto

The first question we want to explore is whether these new products are using off-the-shelf crypto or home-brew encryption — as home-brew carries significant risks as outlined by Bruce Schneier (https://www.schneier.com/essays/archives/1998/01/security_pitfalls_in.html).

**Tashfeer al-Jawwal**

Tashfeer al-Jawwal is GIMFs mobile encryption software, released three months after the Snowden leaks.

GIMF themselves state (http://gimfmedia.com/tech/en/download-mobile-encryption-/#) the Twofish (http://en.wikipedia.org/wiki/Twofish) algorithm (developed by Bruce Schneier and colleagues) is used in Tashfeer al-Jawwal.

> The program uses the cryptographic algorithm Twofish with cipher block chaining which has the same strength as the algorithm for the Advanced Encryption Standard (AES). It uses elliptic curve encryption in exchanging keys with the keys encoded to 192-bit length. It was necessary to use elliptic curve encryption instead of the base encryption RSA because it is very long, and it's not possible to store it in SMS nor use it with the Bouncy Castle libraries which use algorithms and methods of encryption with tested capabilities proven to be effective. This library does permit developers to change the random algorithms to protect against any misuse or abuse.

This is consistent with the move away from (possibly government influenced) NIST (http://www.nist.gov/) standard algorithms to Twofish also done simultaneously by Silent Circle (http://threatpost.com/silent-circle-moving-away-from-nist-ciphers-in-wake-of-nsa-revelations/102452).

In analyzing the code in Tashfeer al-Jawwal (done with ReversingLabs) we find three interesting points.



1. The package comes loaded with a whole series of encryption algorithms, including Twofish (consistent with GIMF statement): AES, Blowfish, DES, DESede, GOST28147, IDEA, ISAAC, Noekeon, RC2, RC4, RC532, RC564, RC6, Rijndael, SKIPJACK, Serpent, TEA, Twofish, CCM, EAX, GCM.

(https://www.recordedfuture.com/assets/rf-encryption-algorithms.png)



2. There is heavy reliance on off-the-shelf crypto: BouncyCastles (https://www.bouncycastle.org/) and CryptoSMS (http://www.cryptosms.com/).

(https://www.recordedfuture.com/assets/rf-bouncycastle-encryption.png)



3. They use explicit message headers for crypto messages — consistent with Mujahideen Secrets — probably as a way to seem legitimate.

(https://www.recordedfuture.com/assets/encryption-message-headers.png)

## Amn al-Mujahid for Mobile

According to Al-Fajr themselves, "The Amn al-Mujahid program is characterized by a strong encryption, and it is the best aid for the brothers since it follows the technological advancements [in the field]." (Translation from MEMRI (http://cjlab.memri.org/lab-projects/monitoring-jihadi-and-hacktivist-activity/al-fajr-technical-committee-releases-android-app-for-secure-communication-announces-new-website/).)

Again, like GIMF, Al-Fajr refers to using/following technological advancements — not inventing their own. From the documentation of the non-mobile Amn al-Mujahid we see the use of Twofish and also AES:

> Select the encryption algorithm (AES or Twofish), which is located at the bottom of the program window.

And in the manual for Amn al-Mujahid for mobile, the one clue about encryption type is the below — referring to an RSA Key, not a home-brew crypto approach.



There are also references to compatibility in keys and functionality between the mobile and desktop versions:

> The features of the Amn al-Mujahid for the mobile phone match their equivalents in the desktop version, hence the user can now copy the keys that are in the Amn al-Mujahid desktop version and add them to Amn al-Mujahid for the mobile phone and vice versa.

## Asrar Al-Ghurabaa

ISIS' Asrar Al-Ghurabaa is the one product that comes with statements about proprietary algorithms, but since this product is seemingly not available anymore it's hard to conclude whether they really are using a proprietary algorithm.

## Assessment

Our assessment is that between the statements from these groups, and the reverse engineering of the software packages, they're not using home-brew encryption.

Finally, there are (of course) subtleties relating to this statement. A software program can use the most standard, secure, publicly vetted crypto algorithms and libraries, and still trip up on the handling of keys and transfer of information (e.g. the clipboard and the program in itself).

## Infection of Al-Qaeda Software With Malware



The second question we'll dive into is whether these products are infected with malware or backdoors. There certainly has been such speculation and rumors – both in the security community as well as among the Jihadist themselves. Such malware or backdoors could be provided by governments obviously but perhaps also other organizations.

(https://www.recordedfuture.co
m/assets/rf-aem-
encryption.png)

Can we observe this? We will use Mujahideen Secrets (Asrar al-Mujahideen) as our basis for analysis here given that it's the longest standing product.

Exploring the timeline of the technical indicators for Mujahideen Secrets as well as the surrounding events we can observe its launch, warnings in *Inspire* magazine about knock-offs by governments, the refresh (pushed on GIMF RSS feed) at time of launch for Asrar Al-Dardashah, as well as submissions to VirusTotal of Asrar al-Mujahideen – all the way to recent revelation of Morten Storm using Asrar to reach Anwar al-Awlaki (http://www.dailymail.co.uk/news/article-2665385/How-I-helped-kill-Al-Qaedas-terrorist-mastermind-The-target-The-worlds-wanted-man-The-dangers-Immense-This-nerve-shredding-story-MI5-spy-posing-fellow-fanatic.html).



(https://www.recordedfuture.com/assets/mujahideen-secrets-timeline.png)

CLICK IMAGE FOR LARGER VIEW

Observing the RSS feed at GIMF we can see how Asrar al-Mujahideen was republished within minutes of the release of Asrar al-Dardashah – which probably is a good indication of sharing resources, methodologies, perhaps even code based between the two.

**Download Asrar al-Dardashah**
December 21, 2012 at 12:49 AM

A plugin for encrypted chat for the Pidgin instant messaging program.

**Download Asrar al-Mujahideen**
December 21, 2012 at 12:39 AM

The first Islamic program for secure communication through the web.

One interesting point we observe for Asrar_2.exe is how it's been submitted to Virus Total in 2012-2014. In particular in the timeline below we can observe how its attribution as malicious has recently fallen over time from 2013 to 2014.



(https://www.recordedfuture.com/assets/rl-malware-timeline.png)

CLICK IMAGE FOR LARGER VIEW

We asked our friends at ReversingLabs, who have the world's largest repository of malware, to plot the detection of the file as malicious and interestingly it rises from early 2011, peaks in early 2013 and then falls until now. By the time of this publication we observe three AVs detecting and 11% detection rate.

Obviously Mujahideen Secrets (MS) is not malware in the traditional sense. However, suddenly it gets marked as malware – and this is across a broad set of vendors – by leading American, Chinese, and Russian security companies, as well as smaller vendors. There can be multiple reasons for this.

- Suddenly the usage of this package goes up – which leads to it more commonly being submitted to the anti-virus (AV) vendors – and since it is new/unusual to them it fires off warning signals. After a while the AV vendors realize it is not malware and remove warnings. The sudden increase in general usage is a compelling hypothesis as this would be a good data point for usage in the wild. The description of Asrar in *Inspire* was originally done in their summer issue of 2010.



(https://www.recordedfuture.com/assets/inspire-asrar-instructions.jpg)

- An organization influences one or multiple AV vendors to mark MS as malicious to make it less attractive for Jihadist to use. They may even just influence one AV vendor as AV vendors tend to copy each others' assessments. After a while they refuse to do this. Perhaps a good conspiracy theory, but for the same government agency to pull this off between Russian, Chinese, and American vendors, and then only for a short while, seems a bit farfetched.
- An individual tries to influence AV vendors and has some temporary success. We can see discussions like that on VirusTotal (https://www.virustotal.com/en/file/15738d22ac6eacf1f54cc155bde72d368f81ab2525dd2f64733a36e31d8b137e/analysis/).



(https://www.recordedfuture.com/assets/virustotal-discussion-example.png)

- Since AV vendors move in herds a random pick up by one AV vendor could lead to a ripple effect across vendors, that then eventually goes away as samples actually get investigated.
- Finally, of course, there could be or have been earlier backdoors or malware in Asrar that continue to exist or have existed earlier, causing these warnings to persist.



(http://go.recordedfuture.com/cs/c/?&cta_guid=319b73dc-5d4b-4a28-9a22-
951b4d3f1a24&placement_guid=34d9008b-bbf0-4c3f-9f9c-
d335f0fc86b5&portal_id=252628&redirect_url=6G1JWDnxrlgbgzm/Y7JlRg4s1USrSl7jha19IAEVJYfwnld5KF1XCUB3j2zJ85r33WHs3UMvk%2BYp%2BYy22YF0mHiJH
qaeda-encryption-technology-part-2%2F&canon=https%3A%2F%2Fwww.recordedfuture.com%2Fal-
qaeda-encryption-technology-part-2%2F)

## Related Articles









Will Egypt's Presidential Election Bring More Unrest? (https://www.recordedfuture.com/egypt-presidential-election/)

Understanding Moroccan Politics With Open Source Intelligence (https://www.recordedfuture.com/morocco-politics/)

Predicting Recurring Patterns in Geopolitical Crises (https://www.recordedfuture.com/geopolitical-crises-patterns/)

Updated: Putting Unrest in Ukraine's West in Perspective (https://www.recordedfuture.com/ukraine-forecast/)

## See Recorded Future's threat intelligence in action.



RECENT BLOG POSTS
(HTTPS://WWW.RECORDEDFUTURE.COM/BLOG/)

Exploring IP Ranges With Recorded Future: Are the 'APT1 Ranges' Cleaned Up? (https://www.recordedfuture.com/ip-range-search/)

#JeSuisCharlie Movement Leveraged to Distribute DarkComet Malware (https://www.recordedfuture.com/darkcomet-malware-analysis/)

Lizard Squad: Two Bot Thugs (https://www.recordedfuture.com/lizard-squad-analysis/)

Improved Recorded Future Transforms for Maltego Now Available

@RECORDEDFUTURE
(HTTP://WWW.TWITTER.COM/RECORDEDFUTURE/)

Our upcoming webinar with @r3ssn8 (http://twitter.com/r3ssn8) will explain which #threatintel (http://twitter.com/search?q=%23threatintel) goals your #infosec (http://twitter.com/search?q=%23infosec) team should set: http://t.co/aB6ItLFb3U (http://t.co/aB6ItLFb3U)

ATM Security: Improving Threat Intelligence http://t.co/OqrAdTaHw7 (http://t.co/OqrAdTaHw7) by @BnkInfoSecurity (http://twitter.com/BnkInfoSecurity) #ThreatIntel (http://twitter.com/search?q=%23ThreatIntel)

Exploring IP Ranges With Recorded Future http://t.co/N4fag7kuj5 (http://t.co/N4fag7kuj5)

RECENT PRESS
(HTTPS://WWW.RECORDEDFUTURE.COM/PRESS/)

An Optimistic Lens on Cyber Security (http://blogs.wsj.com/cio/2015/01/07/an-optimistic-lens-on-cybersecurity/)

Network Defenders Have About a Week to Patch Flaw, Study Finds (http://www.eweek.com/security/network-defenders-have-a-about-a-week-to-patch-flaw-study-finds.html)

Cyber Threats Ascribed to Russia Crafted to Hunt Specific Data (http://www.eweek.com/security/cyber-threats-ascribed-to-russia-crafted-to-hunt-specific-data.html)

(https://www.recordedfuture.com/maltego-integration-update/)

#OSINT (http://twitter.com/search?q=%23OSINT)
#InfoSec (http://twitter.com/search?q=%23InfoSec)

Russian Cyber Espionage Under the Microscope (http://www.darkreading.com/vulnerabilities---threats/russian-cyber-espionage-under-the-microscope/d/d-id/1317643?)

## COMPANY

About (https://www.recordedfuture.com/about/) ›

Contact (https://www.recordedfuture.com/contact/) ›

Press (https://www.recordedfuture.com/press/) ›

Events (https://www.recordedfuture.com/events/) ›

Services (https://www.recordedfuture.com/services/)

## PRODUCTS

Cyber Threat Intelligence (https://www.recordedfuture.com/cyber-threat-intelligence/) ›

Corporate Security (https://www.recordedfuture.com/corporate-security/) ›

Competitive Intelligence (https://www.recordedfuture.com/competitive-intelligence/) ›

Defense Intelligence (https://www.recordedfuture.com/defense-intelligence/) ›

Web Intelligence Platform (https://www.recordedfuture.com/web-intelligence/) ›

## CUSTOMERS

Login (https://www.recordedfuture.com/live/login/) ›

Support Center (https://support.recordedfuture.com/) ›

Software Status (http://status.recordedfuture.com/) ›

Source Suggestion (https://www.recordedfuture.com/source-suggestion/) ›

Developer Code (https://code.google.com/p/recordedfuture/) ›

Copyright © 2015 Recorded Future, Inc.

Privacy Policy (https://www.recordedfuture.com/privacy-policy/) | Terms of Use (https://www.recordedfuture.com/terms-of-use/) | API Terms of Use (https://www.recordedfuture.com/api-terms-of-use/)

Jobs (https://www.recordedfuture.com/jobs/)