UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| HORACE B. EDWARDS, and ) <br> JOHN and JANE DOES 1-10, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EDWARD JOSEPH SNOWDEN, ) <br> PRAXIS FILMS, INC., LAURA ) <br> POITRAS, PARTICIPANT MEDIA, ) <br> LLC, DIANE WEYERMANN, ) <br> JEFFREY SKOLL, ) <br> THE WEINSTEIN COMPANY LLC ) <br> a/k/a RADIUS-TWC, HOME BOX ) <br> OFFICE, INC., SHEILA NEVINS, ) <br> IN HER CORPORATE CAPACITY, ) <br> ACADEMY OF MOTION PICTURE ) <br> ARTS AND SCIENCES, ) <br> JOHN and JANE DOES 1-10, ) <br> Defendants. ) | Case No. 2:14-CV-02631-JAR-TJJ <br><br><br><br><br><br><br><br> SUPPLEMENTAL <br> DECLARATION <br> PURSUANT TO <br> EMERGENCY CONTACT <br> WITH COURT VIA EMAIL |

## DECLARATION OF JEAN LAMFERS

I, Jean Lamfers, attorney for plaintiff, Horace B. Edwards, declare as follows:

1.  I make the factual assertions contained in the Supplemental Memorandum Pursuant to Emergency Contact with Court Via Email (Doc. 20) based upon public and personal knowledge, under penalty of perjury, as my declaration as an officer of this Court. If called as a witness, I would competently testify to the same.

2.  Unless indicated otherwise, I have personal knowledge of the facts stated therein, either based upon personal, firsthand experience or by having reviewed documents that have refreshed my recollection of facts known to me.

1

Further Declarant sayeth naught.

Executed on February 19, 2015, in Shawnee, Kansas.

        s/Jean Lamfers
        JEAN LAMFERS

        Respectfully submitted,

        LAMFERS & ASSOCIATES, LC
        By: /s/Jean Lamfers
        Jean Lamfers    KS#12707
        7003 Martindale Rd.
        Shawnee, KS
        Tel.   (913) 962-8200
        Email: jl@lamferslaw.com

        ATTORNEY FOR PLAINTIFF
        HORACE B. EDWARDS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via email to each attorney listed below this 19th day of February, 2015 to the following:

Bernard Rhodes
brhodes@lathropgage.com
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2400
Kansas City, MO  64108

Marvin S. Putnam
mputnam@omm.com
Daniel D. Ambar
dambar@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA  90067

        /s/Jean Lamfers
        Attorney for Horace B. Edwards