UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| HORACE B. EDWARDS, and ) <br> JOHN and JANE DOES 1-10, ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EDWARD JOSEPH SNOWDEN, ) <br> PRAXIS FILMS, INC., LAURA ) <br> POITRAS, PARTICIPANT MEDIA, ) <br> LLC, DIANE WEYERMANN, ) <br> JEFFREY SKOLL, ) <br> THE WEINSTEIN COMPANY LLC ) <br> a/k/a RADIUS-TWC, HOME BOX ) <br> OFFICE, INC., SHEILA NEVINS, ) <br> IN HER CORPORATE CAPACITY, ) <br> THE ACADEMY OF MOTION ) <br> PICTURE ARTS AND SCIENCES, ) <br> JOHN and JANE DOES 1-10, ) <br>       Defendants. ) | Case No. 2:14-CV-02631-JAR-TJJ <br><br><br> **EMERGENCY REQUEST** <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that HORACE B. EDWARDS, ("Plaintiff") in the above named case against defendants EDWARD JOSEPH SNOWDEN ("Snowden"), PRAXIS FILMS, INC. ("Praxis"), LAURA POITRAS ("Poitras"), PARTICIPANT MEDIA, LLC ("Participant"), DIANE WEYERMANN ("Weyermann"), JEFFREY SKOLL ("Skoll"), THE WEINSTEIN COMPANY LLC a/k/a RADIUS-TWC ("Weinstein"), HOME BOX OFFICE, INC. ("HBO"), SHEILA NEVINS ("Nevins"), THE ACADEMY OF MOTION PICTURE ARTS AND SCIENCES ("Academy"), and JOHN and JANE DOES ("Does")

1

("Defendants"), does hereby appeal to the United States Court of Appeals for the Tenth Circuit from an Order (Doc. 17) denying plaintiff's Motion to Require the Filing of Defendants' DVD Exhibits under Seal (Doc. 15) referring to (Doc. 18 and Docket Annotation entered 2-13-2015, 2 copies of DVD, *CITIZENFOUR)*, and Transcript of the film *CITIZENFOUR,* (Doc. 13-1) a/k/a "Exhibit 1" to Defendants' Motion to Dismiss (Doc. 13).  Both the DVDs and Transcript contain classified information as admitted by defendants in (Doc.14 and Doc. 13-1, at 30-31, 37-40, 29-31, 45-46, and 37-38) which unauthorized individuals are prohibited from viewing until and unless classified and other prohibited information is redacted and *CITIZENFOUR* reedited to delete the classified and other prohibited information stolen by Edward Snowden and unlawfully disclosed by the other defendants, pursuant to Executive Order No. 13526 and other applicable law, and in accordance with supplemental filings associated therewith, Plaintiff further seeks emergency injunctive relief.  Such Order (Doc. 17) was entered in this action on the 13th day of February, 2015, and the relief sought includes that relief which is pled in the record as supplemented, as set forth above, and such other relief as the Court deems proper.

Respectfully submitted,

LAMFERS & ASSOCIATES, LC
By: /s/Jean Lamfers
Jean Lamfers  KS#12707
7003 Martindale Rd.
Shawnee, KS
Tel. (913) 962-8200
Email: jl@lamferslaw.com

ATTORNEY FOR PLAINTIFF
HORACE B. EDWARDS

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via email to each attorney listed below this 19th day of February, 2015 to the following:

Bernard Rhodes
brhodes@lathropgage.com
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2400
Kansas City, MO  64108

Marvin S. Putnam
mputnam@omm.com
Daniel D. Ambar
dambar@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA  90067

/s/Jean Lamfers_____
Attorney for Horace B. Edwards

3