UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| EDWARDS, HORACE B., et al.            ) | |
|                Plaintiff,        ) | |
| ) | |
| v.                                                     ) | Case No. 14-cv-02631-JAR-TJJ |
| ) | |
| SNOWDEN, EDWARD JOSEPH, et al.   ) | |
| ) | |
|                Defendants.     ) | |

**MOTION TO STAY THE DISTRICT COURT'S ORDER
(DOC. 17) PENDING APPEAL**

Plaintiff respectfully moves and asks the Court to Stay its order (Doc. 17) denying Plaintiff's "Motion to Require the Filing of Defendants' DVD Exhibit and Exhibit 1 to Defendants' Memorandum in Support of Motion to Dismiss Under Seal." See (Doc. 15).

Pursuant to Fed.R.App.P. 8 (a)(1)(A) Plaintiff is filing this "Motion to Stay the District Court's Order (Doc. 17) Pending Appeal" in good faith for the purpose of correcting the record, if necessary, and/or establishing the condition precedent of filing for a Motion to Stay in the District Court on the Order at issue (Doc. 17) based upon the belief this Motion to Stay in this District Court may have been unintentionally overlooked and yet be the underlying reason for the finding made in the Order of the United States Court of Appeals for the Tenth Circuit Dated February 20, 2015 : "Plaintiff has failed to make the showings required by Rule 8(a) of the Federal Rules of Appellate Procedure."  It is not make for any improper purposes, to increase the costs of litigation or harass any party, but simply to reconfirm the proper steps of civil procedure have been followed.

Plaintiff incorporates the Memorandum (Doc. 20) setting forth the Facts, Statement of Questions Presented, Argument and Conclusion of said Doc. 20 with one

clear addition.  Plaintiff requests a STAY be issued by this honorable court pending appeal because the facts and law upon which this Court based its Order (Doc. 17) are asserted to have been made not with respect to the standards applicable to "classified documents" but rather had been made with respect to legal standards applicable to "non-classified" documents cases.  Believing the two standards are inapposite to one another, Plaintiff seeks relief and a Stay to Doc. 17.  See, See Robert Timothy Regan, *Sealing Court Records and Proceedings: A Pocket Guide,* Federal Judicial Center 2010, p. 6. (Discussing how federal judges should redact classified information from the public record.)  See, *United States v. Ressam,* 221 F.Supp.2d 1252 (W.D.Wash. 2002).  See, *United States v. McVeigh,* 119 F.3d 806, 810,811, (10th Cir. 1997).  (Mandamus is the appropriate means to review district court orders sealing documents).

*See, Wilson v. CIA,* 586 F.3d 171, 191 (2d Cir. 2009);  Information unofficially disclosed into the public domain does not thereby declassify it.)K. Elsea, *The Protection of Classified Information: The Legal Framework*, RS21900, Congressional Research Service (January 10, 2013) < http://www.fas.org/sgp/crs/secrecy/RS21900.pdf>.

        Respectfully submitted,

        LAMFERS & ASSOCIATES, LC

        By: /s/Jean Lamfers_____
        Jean Lamfers    *KS*#12707
        7003 Martindale Rd.
        Shawnee, KS
        Tel.    (913) 962-8200
        Email: jl@lamferslaw.com

        ATTORNEY FOR PLAINTIFF
        HORACE EDWARDS

CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing was served via the Court's ECF System this 22nd day of February, 2015 on the following:

Bernard Rhodes
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2400
Kansas City, MO  64108

Marvin S. Putnam
Daniel D. Ambar
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA  90067

          /s/Jean Lamfers
          Attorney for Horace Edwards