UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| HORACE B. EDWARDS, et al. | ) | |
|           Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 2:14-CV-02631-JAR-TJJ |
| | ) | |
| EDWARD JOSEPH SNOWDEN, et al. | ) | |
|           Defendants. | ) | **MOTION (AGREED) FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **RESPONSES TO DEFENDANTS'** |
| | ) | **MOTION TO DISMISS (DOC. 13)** |
| | | **AND MEMORANDUM IN** |
| | | **OPPOSITION (DOC. 30)** |

      With the agreement of Defense Counsel for all served defendants herein, Plaintiff moves the Court to grant an Extension of Time to file a Response to Defendants' Motion to Dismiss, (Doc. 13 and its Memo Doc. 14) and Extend the Time to file a Response to Defendants' Memorandum in Opposition (Doc. 30) related to Plaintiff's Motion to File a Second Amended Complaint (Doc. 19), combining both due dates to March 23, 2015.

      In support thereof and pursuant to D.Kan.R. 6.1 Plaintiff states as follows:

      1.     There has been prior consultation with Mr. Rhodes, counsel for all existing and served defendants (except Snowden), and he agrees to this Extension for both responses until the proposed date, March 23, 2015.

      2.     The date for the Response to Doc. 13 is March 3, 2015 and the date for Response to Doc. 30 would be March 16, 2015.

      3.     No prior extensions have been requested or granted.

      4.     The reason for the requested extensions is the parties are attempting to make the best use, logistically and economically, of the Court's and counsel's time, given the issues to be adjudicated, while not totally aligned, they are certainly related and therefore it occurs to counsel

for both sides that it makes sense to combine the due dates for these responses.

Plaintiff respectfully moves the Court to grant the extensions to March 23, 2015.  A proposed Order, with a copy to opposing counsel, is sent separately via email to the Court.

                                              Respectfully Submitted,

                                              /s/ Jean Lamfers
                                              LAMFERS & ASSOCIATES, LC
                                              Jean Lamfers # 12707
                                              7003 Martindale
                                              Shawnee, KS  66218
                                              (913) 962-8200
                                              jl@lamferslaw.com
                                              Attorney for Plaintiff Horace B. Edwards

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via ECF/email to each attorney listed below this 3rd day of March, 2015 to the following:

Bernard Rhodes
brhodes@lathropgage.com
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2400
Kansas City, MO  64108

Marvin S. Putnam
mputnam@omm.com
Daniel D. Ambar
dambar@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA  90067

                                              /s/Jean Lamfers_____
                                              Attorney for Horace B. Edwards