**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| EDWARDS, HORACE B., et al. | ) |
|                              Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-cv-02631-JAR-TJJ |
| | ) |
| SNOWDEN, EDWARD JOSEPH, et al. | ) |
| | ) |
|                          Defendants. | ) |

**NOTICE OF DISMISSAL**

To:  All Defendants

Please take notice that plaintiff Horace B. Edwards discontinues the above-entitled action and dismisses the First Amended Complaint without prejudice.  Please take further notice that plaintiff Horace B. Edwards hereby dismisses the action as to every party, including every party designated in the First Amended Complaint by a fictitious name, to – wit: John and Jane Does 1-10.

Respectfully submitted,

LAMFERS & ASSOCIATES, LC
By: /s/Jean Lamfers
Jean Lamfers      KS#12707
7003 Martindale Rd.
Shawnee, KS
Tel.     (913) 962-8200
Email: jl@lamferslaw.com

ATTORNEY FOR PLAINTIFF
HORACE B. EDWARDS

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via the Court's ECF system to each attorney listed below this 3rd day of April, 2015 as follows:

Bernard Rhodes
brhodes@lathropgage.com
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2400
Kansas City, MO  64108

Marvin S. Putnam
mputnam@omm.com
Daniel D. Ambar
dambar@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA  90067

/s/Jean Lamfers
Attorney for Horace B. Edwards